**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**AVION LAWSON,**

**Plaintiff,**

**v.** **Case No. 4:26cv186-MCR/MJF**

**DAYNELL HARLEY, et al.,**

**Defendants.**

_____________________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated April 22, 2026. ECF No. 5. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this order.

2. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**, and this action is **DISMISSED without prejudice** for failure to pay the initial filing fee.

3. All pending motions are denied as moot.

4. The clerk is directed to close the case file.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**